IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-0189-CG-C |
| | ) |
| JOHN B. FOLEY and | ) |
| LAUREN M. FOLEY, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the court's order entered on April 20, 2012, it is

**ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor plaintiff, SE Property Holdings, LLC, and against defendants, John B. Foley and Lauren M. Foley.

The plaintiff is awarded damages in the amount of $466,406.02 plus post-default interest at a daily rate of $189.01 from February 10, 2012 to the date of this judgment, against John B. Foley.  Plaintiff is awarded damages in the amount of $144,263.19 plus post-default interest at a daily rate of $65.66 from February 10, 2012 through the date of this judgment against John B. Foley and Lauren M. Foley. Post-judgment interest is awarded at the statutory rate of .18% pursuant to 28 U.S.C. § 1961.

Plaintiff is further awarded attorney's fees in the amount of $27,530.00, expenses in the amount of $927.18, and expert fees in the amount of $275.00.

**DONE and ORDERED** this 23rd day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE